UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------x
                              :
KELLY ANN ANDERSON            :    Civ. No. 3:15CV01022(SALM)
                              :
v.                            :
                              :
CAROLYN W. COLVIN, ACTING     :
COMMISSIONER OF SOCIAL        :
SECURITY                      :    October 28, 2015
                              :
------------------------------x
```

### ORDER ON STIPULATION FOR ALLOWANCE OF FEES
### UNDER THE EQUAL ACCESS TO JUSTICE ACT

The parties' Stipulation for Allowance of Fees Under the Equal Access to Justice Act **[Doc. #13]** is hereby **SO ORDERED**, such that attorney's fees are awarded to the plaintiff in the amount of $3,788.12 (three thousand seven hundred and eighty-eight dollars and twelve cents) under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412, in full and final satisfaction (upon payment) of any and all claims under the EAJA.

The parties stipulate and agree that, if, subsequent to the entry of the EAJA order, the Commissioner determines that the plaintiff owes no debt to the government that would subject this award of attorney's fees to offset, the Commissioner may honor the plaintiff's October 20, 2015, signed assignment of EAJA fees

1

and pay EAJA fees directly to plaintiff's counsel.

This is not a Recommended Ruling. The parties consented to the entry of a final order and judgment by a Magistrate Judge on October 16, 2015. [Doc. #9].

SO ORDERED at New Haven this 28th day of October 2015.

```
        _____/s/_____
        SARAH A. L. MERRIAM
        UNITED STATES MAGISTRATE JUDGE
```